Thomas E. Campagne #065375
Mary F. Lerner #235951
Campagne, Campagne & Lerner
A Professional Corporation
Airport Office Center
1685 North Helm Avenue
Fresno, California 93727
Telephone: (559) 255-1637
Facsimile: (559) 252-9617

Attorneys for Defendants Norman Kaid Alamari dba Gateway Market & Liquor, et al.

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONALD MOORE, | Case No. 1:13-CV-00146-AWI-SMS |
| Plaintiff, | **STIPULATION FOR EXTENSION TO RESPOND TO COMPLAINT AND ORDER THEREON** |
| vs. | |
| NORMAN KAID ALAMARI, AS TRUSTEE FOR THE NORMAN KAID ALAMARI 2012 REVOCABLE LIVING TRUST DATED JUNE 22, 2010; NORMAN KAID ALAMARI aka NORMAN ALAMARI aka NORMAN K. ALAMARI aka NOMAN KAID ALAMARI aka NORMEN ALAMRI dba GATEWAY MARKET & LIQUOR aka GATEWAY MARKET | |
| Defendants. | |

CAMPAGNE, CAMPAGNE & LERNER
A PROF. CORP.
AIRPORT OFFICE CENTER
1685 NORTH HELM AVENUE
FRESNO, CALIFORNIA 93727
TELEPHONE (559) 255-1637
FAX (559) 252-9617

STIPULATION FOR EXTENSION TO RESPOND TO COMPLAINT

The undersigned counsel for Plaintiff and counsel for Defendant Norman Kaid Alamari, dba Gateway Market & Liquor, Et. Al., hereby stipulate to a 28-day extension of time for Defendant to respond to the Complaint herein, through and including April 8, 2013.

Dated:  March 8, 2013                    Campagne, Campagne & Lerner

                                         A Professional Corporation


                                         By  /s/Mary F. Lerner_____
                                            Mary F. Lerner
                                         Attorneys for Defendant Norman Kaid Alamari
                                         dba Gateway Market & Liquor, et. al.


Dated:  March 8, 2013                    Moore Law Firm, P.C.


                                         By  /s/ Tanya E. Moore_____
                                            Tanya E. Moore
                                         Attorneys for Plaintiff Ronald Moore




### ORDER

    Based upon the foregoing stipulation, it is hereby ordered that Defendant Norman Kaid Alamari, dba Gateway Market & Liquor's, Et. Al., response to the Complaint herein is due on or before April 8, 2013.


 Dated:  3/11/2013                       /s/ SANDRA M. SNYDER
                                         UNITED STATES MAGISTRATE JUDGE

CAMPAGNE, CAMPAGNE & LERNER
A PROF. CORP.
AIRPORT OFFICE CENTER
1685 NORTH HELM AVENUE
FRESNO, CALIFORNIA 93727
TELEPHONE (559) 255-1637
FAX (559) 252-9617

STIPULATION FOR EXTENSION TO RESPOND TO COMPLAINT                    Page 1