Tanya E. Moore, SBN 206683
MOORE LAW FIRM, P.C.
332 North Second Street
San Jose, California  95112
Telephone (408) 298-2000
Facsimile (408) 298-6046
Email:  tanya@moorelawfirm.com

Attorneys for Plaintiff
Ronald Moore

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONALD MOORE, | No.  1:13-CV-00146-AWI-SMS |
| Plaintiff, | **STIPULATION FOR DISMISSAL OF ACTION;  ORDER** |
| vs. | |
| NORMAN KAID ALAMARI, et al., | |
| Defendants. | |

IT IS HEREBY STIPULATED by and between Plaintiff Ronald Moore and Defendants Norman Kaid Alamari, as Trustee for the Norman Kaid Alamari 2012 Revocable Living Trust Dated June 22, 2010 and Norman Kaid Alamari aka Norman Alamai aka Norman K. Alamari aka Noman Kaid Alamari aka Normen Alamri dba Gateway Market & Liquor aka Gateway Market ("Defendants"), by and through their respective counsel, that pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the above-captioned action be dismissed with prejudice in its entirety.  Each party is to bear its own attorneys' fees and costs.

Date: April 3, 2013                                                MOORE LAW FIRM, P.C.


                                                                                /s/Tanya E. Moore
                                                                                Tanya E. Moore
                                                                                Attorney for Plaintiff Ronald Moore

*Moore v. Alamari, et al.*
Stipulation for Dismissal of Action; [Proposed] Order

Page 1

| | |
|---|---|
| Date: April 3, 2013 | LAW FIRM OF CAMPAGNE, CAMPAGNE & LERNER |
| | |
| | /s/ Mary F. Lerner |
| | Mary F. Lerner |
| | Attorneys for Defendants Norman Kaid Alamari, as Trustee for the Norman Kaid Alamari 2012 Revocable Living Trust Dated June 22, 2010 and Norman Kaid Alamari aka Norman Alamai aka Norman K. Alamari aka Noman Kaid Alamari aka Normen Alamri dba Gateway Market & Liquor aka Gateway Market |

**ORDER**

The parties having so stipulated,

IT IS HEREBY ORDERED that this action be dismissed with prejudice in its entirety.

IT IS SO ORDERED.

Dated:   April 3, 2013                            _____
                                                                  SENIOR DISTRICT JUDGE