Tanya E. Moore, SBN 206683
MOORE LAW FIRM, P.C.
332 North Second Street
San Jose, California 95112
Telephone (408) 298-2000
Facsimile (408) 298-6046
Email: tanya@moorelawfirm.com

Attorneys for Plaintiff
Ronald Moore

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONALD MOORE,<br><br>  Plaintiff,<br><br>  vs.<br><br>NORMAN KAID ALAMARI, et al.,<br><br>  Defendants. | No. 1:13-CV-00146-AWI-SMS<br><br>**STIPULATION FOR DISMISSAL OF ACTION; ORDER** |

IT IS HEREBY STIPULATED by and between Plaintiff Ronald Moore and Defendants Norman Kaid Alamari, as Trustee for the Norman Kaid Alamari 2012 Revocable Living Trust Dated June 22, 2010 and Norman Kaid Alamari aka Norman Alamai aka Norman K. Alamari aka Noman Kaid Alamari aka Normen Alamri dba Gateway Market & Liquor aka Gateway Market ("Defendants"), by and through their respective counsel, that pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the above-captioned action be dismissed with prejudice in its entirety. Each party is to bear its own attorneys' fees and costs.

Date: April 3, 2013                                     MOORE LAW FIRM, P.C.


                                                        /s/Tanya E. Moore
                                                        Tanya E. Moore
                                                        Attorney for Plaintiff Ronald Moore

*Moore v. Alamari, et al.*
Stipulation for Dismissal of Action; [Proposed] Order

Page 1

Date: April 3, 2013  LAW FIRM OF CAMPAGNE, CAMPAGNE & LERNER

/s/ Mary F. Lerner
Mary F. Lerner
Attorneys for Defendants Norman Kaid Alamari, as Trustee for the Norman Kaid Alamari 2012 Revocable Living Trust Dated June 22, 2010 and Norman Kaid Alamari aka Norman Alamai aka Norman K. Alamari aka Noman Kaid Alamari aka Normen Alamri dba Gateway Market & Liquor aka Gateway Market

**ORDER**

The parties having so stipulated,

IT IS HEREBY ORDERED that this action be dismissed with prejudice in its entirety.

IT IS SO ORDERED.

Dated:   April 3, 2013                                    _____
                                                          SENIOR DISTRICT JUDGE

*Moore v. Alamari, et al.*
Stipulation for Dismissal of Action; [Proposed] Order

Page 2